**Dismissed and Memorandum Opinion filed March 11, 2014.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-13-01065-CV

---

## RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant

### V.

## HARRIS COUNTY, LINEBARGER GOGGAN BLAIR & SAMPSON LLP AND CITY OF HOUSTON, Appellees

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-71264**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 30, 2013. The notice of appeal was filed November 26, 2013. To date, our records show that appellant has not paid the $195.00 appellate filing fee. See Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); see also Tex. Gov't Code Ann. § 51.207.

On February 7, 2014, this court ordered appellant to pay the appellate filing fee on or before February 24, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.